UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VATALARO,<br><br>      Plaintiff,<br><br>vs.<br><br>MICROSTRATEGY INCORPORATED, a Delaware Corporation doing Business in the State of California as MSIMICROSTRATEGY INCORPORATED,<br><br>      Defendants. | CASE NO. 2:10-CV-02015<br><br>**ORDER EXTENDING CASE DEADLINES AND TRIAL DATE** |

ORDER RE: EXTENDING CASE DEADLINES AND TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com

Based upon the parties' stipulation and good cause appearing, the Court hereby orders that the following deadlines shall be extended:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Discovery Deadline | April 13, 2012 | June 15, 2012 |
| Deadline for Filing Dispositive Motions | April 18, 2012 | June 27, 2012 |
| Hearing on Dispositive Motions | May 16, 2012 | July 25, 2012 at 9:30 a.m. |
| Final Pre-Trial Conference | June 29, 2012 | September 7, 2012 at 10:00 a.m. |
| Trial | August 6, 2012 | October 15, 2012 at 9:00 a.m. |

DATED:  3/1/2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_E # 97084107.1

-1-

ORDER RE: EXTENDING CASE DEADLINES AND TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com