UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VATALARO,<br><br>              Plaintiff,<br><br>     vs.<br><br>MICROSTRATEGY INCORPORATED, a Delaware Corporation doing Business in the State of California as MSIMICROSTRATEGY INCORPORATED,<br><br>              Defendants. | CASE NO. 2:10-CV-02015<br><br>**ORDER EXTENDING CASE DEADLINES AND TRIAL DATE** |

PDF created with pdfFactory trial version www.pdffactory.com

1  Based upon the parties' stipulation and good cause appearing, the Court hereby
2  orders that the following deadlines shall be extended:

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Discovery Deadline | April 13, 2012 | June 15, 2012 |
| Deadline for Filing Dispositive Motions | April 18, 2012 | June 27, 2012 |
| Hearing on Dispositive Motions | May 16, 2012 | July 25, 2012 at 9:30 a.m. |
| Final Pre-Trial Conference | June 29, 2012 | September 7, 2012 at 10:00 a.m. |
| Trial | August 6, 2012 | October 15, 2012 at 9:00 a.m. |

DATED:   3/1/2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_E # 97084107.1

-1-

ORDER RE: EXTENDING CASE DEADLINES AND TRIAL DATE

PDF created with pdfFactory trial version www.pdffactory.com