UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VATALARO,<br><br>        Plaintiff,<br><br>vs.<br><br>MICROSTRATEGY INCORPORATED, a Delaware Corporation doing Business in the State of California as MSIMICROSTRATEGY INCORPORATED,<br><br>        Defendants. | CASE NO. 2:10-CV-02015<br><br>**ORDER REGARDING DISMISSAL** |

PDF created with pdfFactory trial version www.pdffactory.com

1  Based upon the parties' stipulation and good cause appearing, the Court hereby
2  orders that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1),
3  Federal Rules of Civil Procedure.   All parties shall bear their own costs and fees with respect to
4  this dismissal.

DATED: April 16, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_E # 97918213.1

-1-

ORDER RE: DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com