1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VATALARO, | CASE NO. 2:10-CV-02015 |
| Plaintiff, | **ORDER REGARDING DISMISSAL** |
| vs. | |
| MICROSTRATEGY INCORPORATED, a Delaware Corporation doing Business in the State of California as MSIMICROSTRATEGY INCORPORATED, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  Based upon the parties' stipulation and good cause appearing, the Court hereby
2 orders that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1),
3 Federal Rules of Civil Procedure.  All parties shall bear their own costs and fees with respect to
4 this dismissal.

6 DATED: April 16, 2012

9  /s/ John A. Mendez
10  UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_E # 97918213.1

-1-

ORDER RE: DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com